**Gerald KRAMER, Relator,**

v.

**MINNESOTA DEPARTMENT OF EM-
PLOYMENT SERVICES, Respondent.**

No. 47082.

Supreme Court of Minnesota.

July 29, 1977.

Michael Fargione, Legal Aid Society, Minneapolis, for relator.

Warren Spannaus, Atty. Gen., Richard B. Allyn, Sol. Gen., Peter C. Andrews, Asst. Atty. Gen., William G. Brown, Sp. Asst. Atty. Gen., St. Paul, for respondent.

PER CURIAM.

Writ of certiorari to review a decision of the commissioner of employment services holding claimant ineligible for unemployment compensation because he was "unavailable for work" within the meaning of Minn.St. 268.08, subd. 1(3). This case is controlled by our recent decision in *Goodman v. Department of Employment Services*, Minn., 255 N.W.2d 222 (1977).

Reversed and remanded.